UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Bigham, John Quarnstrom,
Robert Vranicar, Steve Ritche, Marty
Strub, and Richard Leitschuh as
Trustees of the Sheet Metal Local #10
Control Board Trust Fund, and the Sheet
Metal Local #10 Control Board Trust Fund,

Civil No. 11-2526 DSD/AJB

Plaintiffs,

v.

O R D E R

Vogt Heating, Air Conditioning &
Plumbing, LLC,

Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 24, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. The defendant's pleadings filed in this matter are stricken.

2. That default judgment is entered against defendant and in favor of the plaintiffs.

3. Plaintiffs shall submit an itemization of its damages by subsequent affidavit to this court within fourteen days of the date of this order.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: June 13, 2013

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court